**Patrick Bouvier HAIRSTON, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Respondent–Appellee.**

No. 01–7770.

United States Court of Appeals, Fourth Circuit.

Submitted May 16, 2002.

Decided May 22, 2002.

Patrick Bouvier Hairston, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Patrick Bouvier Hairston appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Hairston v. Angelone,* No. CA–01–704–7 (W.D.Va. Sept. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the

shown exceptional circumstances. *See Muth v. United States,* 1 F.3d 246, 250 (4th Cir. 1993).

materials before the court and argument would not aid the decisional process.

*DISMISSED.*

We affirm the order of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.